05-15-00129-CV

ACCEPTED
05-15-00129-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
2/2/2015 9:35:34 AM
LISA MATZ
CLERK

Cause No. DC-12-02620

| | | |
|---|---|---|
| MARY FRANCES HUGHES, ET AL<br>*Plaintiff,* | § § § § § § § § § § § § § § § | IN THE DISTRICT COURT |
| *vs.* | | 160TH JUDICIAL DISTRICT |
| RHONDA HUGHES MONTEE, ET AL,<br>*Defendants.* | | DALLAS COUNTY, TEXAS |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
2/2/2015 9:35:34 AM
LISA MATZ
Clerk

## AMENDED NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Mary Frances Hughes, individually and on behalf of Hughes Family Funeral Home, Inc. and Crown Hill Memorial Park and Mausoleum, Inc., Plaintiffs herein, and give notice of their intent to appeal the Judgment entered by the 160th Judicial District Court of Dallas County on November 6, 2014. This appeal is taken to the Fifth Court of Appeals in Dallas, Texas.

Respectfully Submitted,
LAW OFFICES OF THOMAS C. BARRON
    P.O. Box 141323
    Dallas, Texas 75214
    Phone No. 214-855-6631
    Facsimile: 214-855-6633
    tbarron@baronlawfirm.com

By:    /S/ Thomas C. Barron
    **Thomas C. Barron**
    State Bar No. 01821290
    *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

This certifies that on February 2, 2015, I have served a true and correct copy of the foregoing instrument on all attorneys of record in the manner indicated below.

/S/ Thomas C. Barron
Thomas C. Barron

**VIA email**
**Mark J. Carroll**